UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Cr. No: 1:24-cr-94-LM-AJ-01 |
| v.   ) | 18 U.S.C. § 2252A(a)(5)(b) & (b)(2) |
| ) | |
| **DONALD SCHWARTZ** ) | |
| ) | |

## INDICTMENT

**The Grand Jury Charges:**

### Count One

[18 U.S.C. § 2252A(a)(5)(B) & (b)(2) – Possession of Child Pornography]

On or about December 14, 2023, in the District of New Hampshire, the defendant,

**DONALD SCHWARTZ**,

did knowingly possess material that contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including images depicting prepubescent minors or minors who have not attained 12 years of age, and such images were transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

**NOTICE OF FORFEITURE**

Upon conviction of the offense alleged in Count One of the Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses, including but not limited to the following:

(1) Toshiba External HDD 4 TB, Serial Number 20220217007233F

(2) Western Digital HDD 3 TB, Serial Number WCC4N4JSF5HA

(3) Western Digital MyBook 1 TB, Serial Number WCAU47182711

(4) Western Digital HDD 2 TB, Serial Number WMAZA9683566

(5) Seagate HDD 3 TB, Serial Number W1F1WJ0J

(6) Seagate HDD 500 GB, Serial Number 5VE0NJKZ

(7) Western Digital MyBook 500 GB, Serial Number WCAS80186812

(8) Cyber Power C Series Desktop Computer, Serial Number CS-450-160MB-491-141 092122

(9) Western Digital HD, Serial Number 223501801131

(10) Western Digital HD, Serial Number WCC6Y1PZEZ2F

(11) Credit Card Flip USB, Serial Number FBH1112164003154

(12) Wooden Pattern USB, Serial Number 00632336

(13) Samsung SM-T918U1, Serial Number R52JA16DJ7Y

(14) Microsoft Surface 128 GB (Serial Number unknown)

(15) Samsung SM-S918U1, IMEI 358835963685299

(16) Buffalo Linkstation (Serial Number unknown)

(17) Asus Nitro Laptop, Serial Number NHQL1AA00231306D5F7600

(18)    Samsung SSD, Serial Number S3Z1NB0K638098P

(19)    Hitachi HDD, Serial Number J3390084GTZJ9D

Dated: September 25, 2024

TRUE BILL

/s/ Foreperson
Grand Jury Foreperson

JANE E. YOUNG
United States Attorney

/s/ Kasey A. Weiland
Kasey A. Weiland
Assistant U.S. Attorney